IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES PARKS,** | : CIVIL ACTION NO. 1:13-CV-2036 |
| Plaintiff | : (Chief Judge Conner) |
| v. | : |
| **SALISBURY BEHAVIORAL HEALTH,** | : |
| Defendant | : |

## ORDER

AND NOW, this 15th day of January, 2015, upon consideration of the motion (Doc. 19) for summary judgment filed by defendant Salisbury Behavioral Health, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 19) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendant and against plaintiff on all counts in the complaint (Doc. 1).

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania